UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRANDON HALL, Individually,

    Plaintiff,

v.                                                Case No. 3:13-cv-076

PSG MM, L.L.C., a Delaware Limited Liability Company, PSG SM-1, L.L.C., an Inactive Delaware Limited Liability Company, PSG SM-2, L.L.C., a Delaware Limited Liability Company, PSG SM-3, L.L.C., a Delaware Limited Liability Company, PSG SM-4, L.L.C., a Delaware Limited Liability Company, PSG SM-5, L.L.C., an Inactive Delaware Limited Liability Company, and PUBLIC SQUARE GARAGE NASHVILLE, LLC, a Delaware Limited Liability Company,

    Defendants.

_____/

### PLAINTIFF'S MOTION TO CONTINUE
### INITIAL CASE MANAGEMENT CONFERENCE

COMES NOW PLAINTIFF, Brandon Hall, by and through his undersigned attorneys, and herein moves for continuance of the Initial Case Management Conference set for March 18, 2013, and as grounds therefore would show as follows:

1.    Plaintiff has added a new party Defendant, Public Square Garage Nashville, LLC, who has just been served March 11, 2013, and no appearance has yet been made with the Court to date.

WHEREFORE, Plaintiff respectfully requests that the Initial Case Management Conference be rescheduled to a later date to permit the new Defendant's counsel to make an appearance.

[Handwritten annotation: Granted. This motion is granted. After service on the new defendant, counsel shall consult and submit an agreed order rescheduling the conference. /s/ [Judge] 3-14-13]